**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:                                                      )
                                                            )
Cheryl Hammonds a/k/a Cheryl Williams,    )    Case No. 09 B 36082
                                                            )
    Debtor(s).                                          )
                                                            )

## FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding (i.e., the proceeding initiated by Debtor's Motion to Modify Plan). Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before **March 31, 2010** a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before **March 31, 2010** each party will provide all other parties a copy, and shall submit to chambers **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." In addition, if the hard copies of a party's exhibits submitted to chambers exceed one single 3-inch ring binder, the party must also submit the exhibits to chambers on a CD-ROM, in pdf format, with each exhibit as a separate document, and with bookmarks for major divisions and for any attachments to the exhibit. Two copies of each CD-ROM must be submitted, and each shall be labeled with the name of the case and the party on whose behalf it is submitted. Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial. Exhibits that do not appear on a party's list of exhibits will not be received in evidence.

**Trial is set for April 7, 2010 at 2:00 p.m. in Courtroom 642 United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. An attorney who is a member of the trial bar under the provisions of Local Bankruptcy Rule 2090-1(B) shall participate in the trial.**

ENTER:

_____
Judge

Dated: **5 MAR 2010**