## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| Cheryl Hammonds a/k/a Cheryl Williams ) | Case No. 09 B 36082 |
| ) | |
| Debtor(s). ) | Honorable Susan Pierson Sonderby |
| ) | |

## NOTICE OF MOTION

**TO:** Abbas Merchant
Christine Thurston
Marcie Venturini
ROBERT J. SEMRAD & ASSOCIATES
20 S. Clark Street, 28th Floor
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on March 18, 2010 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Susan P. Sonderby, or any judge sitting in her stead, in courtroom 642, at the United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **GMAC INC.'S RULE 9006(b)(1) MOTION FOR EXTENSION OF TIME,** a copy of which is attached hereto and herewith served upon you.

GMAC INC.

By: */s/ Collin B. Williams*
      One of Its Attorneys

Thomas E. Dutton, ARDC 6195923
Collin B. Williams, ARDC 6187247
GREENBERG TRAURIG, LLP
77 W. Wacker Dr., Suite 3100
Chicago, IL 60601
(312) 456-8400 (p)
(312) 456-8435 (f)

Attorneys for GMAC, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Cheryl Hammonds a/k/a Cheryl Williams ) | Case No. 09 B 36082 |
| ) | |
| Debtor(s). ) | |
| ) | |

### GMAC INC.'S RULE 9006(b)(1) MOTION FOR EXTENSION OF TIME

GMAC, Inc., by and through the undersigned attorneys, and pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), hereby moves this Court for an extension of time to take discovery and a new trial date. In support of its motion, GMAC states as follows:

### FACTUAL BACKGROUND

1. On January 31, 2007, Debtor entered into a Retail Installment Contract for a Pontiac G6, VIN 1G2ZG58N274100544 (the "Vehicle").

2. On June 20, 2009, the Debtor defaulted under the Retail Installment Contract for the Vehicle by ceasing to make payments.

3. Due to Plaintiff's non-payment, GMAC used an independent collections agency, Republic, to repossess the Debtor's vehicle.

4. On September 29, 2009, the Debtor filed for protection under Chapter 13 of the United States Bankruptcy Code. (Docket No. 1.) Plaintiff is represented by Robert J. Semrad & Associates in the bankruptcy.

5. Also on September 29, 2009, Debtor filed her initial Chapter 13 Plan. (Docket No. 7.)

2

6. On October 19, 2009, approximately three weeks after her bankruptcy petition, Debtor filed an action against Republic in the United States District Court for the Northern District of Illinois alleging causes of action under the Fair Debt Collections Practices Act and assorted state law causes of action (the "District Court Action"). Plaintiff is also represented by Robert J. Semrad & Associated in the District Court Action.

7. Despite the fact that the same attorneys represent the Debtor with respect to the bankruptcy and the District Court Action, the District Court Action was not listed as an asset on the Debtors' bankruptcy schedules.

8. On November 12, 2009, this Court entered an order confirming the Debtor's Chapter 13 Plan. (Docket No. 20.)

9. On December 23, 2009, Debtor filed her Amended Complaint in the District Court Action, adding GMAC as a defendant.

10. Because the District Court Action had not been included on her schedules, however, on January 13, 2010, Debtor made a Motion to Modify Plan to include the District Court Action as an asset on her schedules. (Docket No. 22.)

11. On February 11, 2010, without leave of Court, the Debtor filed an amended schedule B listing the District Court Action as an asset. (Docket No. 24.)

12. Accordingly, on February 22, 2010, counsel for GMAC filed GMAC's Response to Debtor's Motion to Amend Plan based on judicial estoppel and *res judicata*. (Docket No. 25.)

13. On March 4, 2010, the Court held a hearing on the Debtor's Motion to Modify Plan, continued the hearing and set the matter for trial on April 7, 2010. (Docket No. 32.)

14. On March 5, 2010, the Court entered a Final Pretrial Order setting March 31, 2010 for the filing of the Pre-Trial Statement and the submission of trial exhibits. (Docket No.

3

35.) In addition, the Final Pre-Trial Order also contained a provision requiring participation of an attorney who is a member of the trial bar.

15. GMAC's counsel, James Philbrick, is not a member of the trial bar. Accordingly, GMAC retained Thomas Dutton of Greenberg Traurig, LLP to represent it in this matter. On March 11, 2010, Mr. Dutton entered his appearance. (Docket No. 35.)

16. Given the inclusion of additional counsel, and the necessity for limited discovery in this matter, GMAC now moves this Court for an extension of time to take discovery and a new trial date in this matter.

## ARGUMENT

17. Under Federal Rule of Bankruptcy Procedure 9006(b)(1), the Court may, in its discretion, grant extensions of time: "Except as provided in paragraphs (2) and (3) of this subdivision, when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order or (2) on motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect."

18. Given the retention of additional counsel, and GMAC's need to further investigate these matters through written and/or oral discovery, GMAC respectfully requests that the Court grant an extension of time and set a new trial date for Debtor's Motion to Amend Plan in no less than three months.

**WHEREFORE**, GMAC, Inc. respectfully requests that the Court: (a) grant the Rule 9006(b)(1) Motion to Extension of Time; (b) set a new trial date on the Debtor's Motion to

4

Amend Plan for no sooner than three months from the entry of an order approving this Motion; (c) grant leave for the parties to take discovery; and (d) grant such other relief as the Court deems just and appropriate.

        GMAC, Inc.

        */s/ Collin B. Williams*
        One of its Attorneys

Thomas E. Dutton, ARDC 6195923
Collin B. Williams, ARDC 6187247
GREENBERG TRAURIG, LLP
77 W. Wacker Dr., Suite 3100
Chicago, IL 60601
(312) 456-8400 (p)
(312) 456-8435 (f)

5

## CERTIFICATE OF SERVICE

      I, Collin B. Williams, an attorney, hereby certify that on March 12, 2010, **GMAC INC.'S RULE 9006(B)(1) MOTION FOR EXTENSION OF TIME** was served by hand delivery and via the CM/ECF system on the following parties before 12:00 p.m.:

Abbas Merchant
Christine Thurston
Marcie Venturini
ROBERT J. SEMRAD & ASSOCIATES
20 S. Clark Street, 28th Floor
Chicago, IL 60603

                                                      /s/ Collin B. Williams
                                                       Collin B. Williams